FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0422

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                    O R D E R

DAVID LYNN WEIK,

Defendant and Appellant.

_____

Appellant David Lynn Weik was granted an extension of time to file and serve his opening brief on or before March 31, 2021.  The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 2, 2021.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant David Lynn Weik and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2021